FILE COPY



# Fourth Court of Appeals

## San Antonio, Texas

January 29, 2014

No. 04-13-00239-CV

**LAW OFFICE OF OSCAR C. GONZALEZ, INC**. and Oscar Gonzalez,
Appellants

v.

Isabel **SLOAN**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-14280
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:        Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

      The Appellant's Motion for Extension of Time to file Reply Brief is hereby GRANTED. The Appellant's Reply Brief is due February 18, 2014.

It is so **ORDERED** on January 29th, 2014.               PER CURIAM

ATTESTED TO:

_____
Keith E. Hottle
Clerk of Court

